AMENDMENT

# IN THE MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

BOBBY GLEATON
3113 RIVER OAK RD
DECATUR GA. 30034

Fulton County Magistrate Court
***E-FILED***LNB
Date: 12/4/2020 2:31 PM
Cathelene Robinson, Clerk
20MS143084

CASE NO. 20MS143084

**Plaintiff(s) Name, Address, Phone, Email Address**

**STATEMENT OF CLAIM**

vs.
LIONEL SNOW
3320 RENAISSANCE CIR
ATLANTA, GA. 30349

**Defendant(s) Name, Address, Phone, Email Address**

**Plaintiff's Attorney, Name, Address, Phone**

[ ] Suit on Note  [ ] Suit on Account  [ ] Contract  [ ] Tort  [ ] Trover  [ ] Personal Injury  [ ] Other __Si__

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of __FULTON__ County; [ ] Other (please specify) _____

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):

   DEFAMATION OF CHARACTER LIBEL

3. This claim is in the amount of $ __15,000.00__, principal $ _____ interest, plus _____ costs to date, and all future costs of this suit.

4. **Please select hearing location:** ( ) Downtown Courthouse  ( ) North Annex  ( ) South Annex

5. I am the (X) Plaintiff ( ) Plaintiff's Attorney and I ( ) would or ( ) would not like to receive text message alerts for upcoming hearing dates for this case? (Standard text message rates from your carrier may apply) **Cell Phone #** _____

**STATE OF GEORGIA, FULTON COUNTY**
__BOBBY GLEATON__ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this
__4__ day of __December__ 20 __20__

_____
Notary Public/Attesting Official

BOBBY GLEATON
**Plaintiff(s) or Agent**
(If Agent, Title or Capacity)

678-927-3735  MRSBOBBYG@YAHOO.COM
**Plaintiff's Mobile Phone Number & Email Address**

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies). If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This _____ day of __12/4/2020__, 20 __

_____
**Magistrate Judge or Deputy Clerk**

MAG 10-01 STATEMENT OF CLAIM JANUARY 2019

9 DEC 2020
PB-11

FULTON COUNTY MARSHAL'S DEPARTMENT
STATE OF GEORGIA



**P. BROWN**
LIEUTENANT

160 PRYOR STREET S.W., SUITE J-102
ATLANTA, GEORGIA 30303
(404) 612-7759 / (404) 893-6565 FAX
www.fultoncountymarshal.com